# BOARD OF EDUCATION OF OKLAHOMA CITY v. NATIONAL GAY TASK FORCE

No. 83–2030.   Argued January 14, 1985—Decided March 26, 1985

*Dennis W. Arrow* argued the cause for appellant.   With him on the briefs were *Larry Lewis* and *James B. Croy.*

*Laurence H. Tribe* argued the cause for appellee.   With him on the brief were *William B. Rogers* and *Leonard Graff.* *

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE POWELL took no part in the decision of this case.

---

*Briefs of *amici curiae* urging reversal were filed for Concerned Women for America Education and Legal Defense Foundation by *Jordan W. Lorence;* for the State of Oklahoma by *Michael C. Turpen,* Attorney General, and *David W. Lee,* Assistant Attorney General; for the National School Boards Association by *Gwendolyn H. Gregory, August W. Steinhilber,* and *Thomas A. Shannon;* and for the Washington Legal Foundation by *Daniel J. Popeo, Paul D. Kamenar,* and *George C. Smith.*

Briefs of *amici curiae* urging affirmance were filed for the American Association for Personal Privacy et al. by *Thomas F. Coleman* and *Jay M. Kohorn;* for the American Association of University Professors by *Ann H. Franke, Ralph S. Brown,* and *Matthew Finkin;* for the Center for Constitutional Rights et al. by *Anne E. Simon, Sarah Wunsch,* and *Rhonda Copelon;* for the Lambda Legal Defense and Education Fund, Inc., et al. by *Abby R. Rubenfeld* and *Rosalyn Richter;* for the National Education Association et al. by *Robert Chanin* and *Robert M. Weinberg;* and for the State of New York et al. by *Robert Abrams,* Attorney General of New York, *Robert Hermann,* Solicitor General, *Lawrence S. Kahn,* Assistant Attorney General, and *John K. Van de Kamp,* Attorney General of California.